**FILED**
July 21, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Joseph Hinojos_____
DEPUTY

AO91 (Rev. 12/03)  Criminal Complaint

# UNITED  STATES  DISTRICT  COURT

### WESTERN DISTRICT OF TEXAS,      PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br><br>Ismael Ali VASQUEZ-Arneros | **CRIMINAL COMPLAINT**<br><br>**Case Number:**   **PE: 26-MJ-284** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____7/19/2026_____ in _____Presidio_____ County, in the _____Western District Of Texas_____ defendant(s) did,

bring to or attempt to bring to the United States in any manner whatsoever an alien, knowing such person is an alien to the United States, at a place other than a designated port of entry or at a place other than as designated by the Commissioner. Defendant committed the aforementioned violation for the purpose of commercial advantage or private financial gain.

in violation of Title _____8_____ United States Code, Section(s) _____1324(a)(1)(A)(i) & (a)(1)(B)(i)_____

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

*Adrian Flores*
Signature of Complainant

Adrian Flores
Printed Name of Complainant

7/21/2026
Date

David Fannin          U.S. Magistrate Judge
Name & Title of Judicial Officer

at   Pecos, TX
City/State

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

Ismael Ali VASQUEZ-Arneros


FACTS     (CONTINUED)




Immigration History:
None Found

Criminal History:
None Found

**<u>AFFIDAVIT</u>**

1. **United States of America v. Vasquez Arneros, Ismael Ali**

I, Adrian Flores, Border Patrol Agent, being duly sworn, depose and state the following:

On July 19, 2026, at approximately 9:15 AM, Border Patrol Agents responded to an alert from an imaging sensor indicating five individuals were approaching from the direction of the Rio Grande River and walking toward Presidio, Texas. A Border Patrol Intelligence Agent arrived in the area in an assigned unmarked vehicle and observed a group of five individuals emerging from the brush and moving rapidly across an open field. While maintaining visual contact, the agent drove slowly toward the group as they crossed the cleared crop fields. All subjects appeared visibly wet and muddy from the knees down.

As the agent closed the distance, he called out to the group in Spanish. The individuals began moving toward the unmarked vehicle. The lead individual, later identified as VASQUEZ-ARNEROS, Ismael Ali, ran to the vehicle. The agent opened the door, identified himself as a United States Border Patrol Agent, and questioned the group regarding their right to be or remain legally in the United States. All five individuals admitted to being natives and citizens of Mexico. Record checks confirmed that none of the individuals had legal status or immigration documents to be in the United States. All subjects were placed under arrest and transported to the Presidio Border Patrol Station for processing.

A post-*Miranda* interview was conducted with VASQUEZ-ARNEROS. During the interview, he admitted to guiding the group across the river with the assistance of a scout positioned on a hilltop on the Mexican side of the river. He stated he knew the individuals did not possess documents to be in the United States legally. VASQUEZ-ARNEROS further stated that his responsibility was to guide the group to a stash house located behind the Family Dollar in Presidio, Texas. He explained that he agreed to guide the group in exchange for having his own smuggling fees waived. VASQUEZ-ARNEROS provide voluntary consent to Agents to search VASQUEZ's cell phone. Messages found on the phone indicated, a day prior to his arrest, he informed a contact that he would need a ride from Presidio after crossing the individuals and dropping them off at the Family Dollar.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Adrian Flores*

Border Patrol Agent
Adrian Flores

United States Magistrate Judge
David B. Fannin